JS-6

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GONZALEZ, | Case No: CV12-05977-ABC-JEM |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | **JUDGMENT OF DISMISSAL** |
| | **FOLLOWING RULING ON** |
| WELLS FARGO BANK, NA, a National Association; AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10 inclusive, | **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Defendants. | |

On December 5, 2012, the Court issued its Order Granting Defendants Wells Fargo Bank, N.A., and Homeward Residential, Inc. Motion to Dismiss Plaintiff's First Amended Complaint WITH PREJUDICE. In accordance with said Order:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that a Judgment of Dismissal, with prejudice, is entered in favor of Defendants WELLS FARGO BANK, N.A. AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-4 ASSET-BACKED CERTIFICATES, SERIES 2007-4 *erroneously sued as* WELLS FARGO BANK, N.A.; and HOMEWARD RESIDENTIAL, INC. fka AMERICAN HOME MORTGAGE SERVICING, INC. *erroneously sued as* AMERICAN HOME MORTGAGE SERVICING, INC.,

**IT IS SO ORDERED.**

Date: January 15, 2013

United States District Judge Audrey B. Collins